DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROY A. TOLLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3496

[March 11, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Judge; L.T. Case No. 501999CF006894AXXXMB.

Roy A. Tolley, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Decosta v. State*, 420 So. 3d 500 (Fla. 4th DCA 2025).

KUNTZ, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***